S. C. CROSSLEY AND J. ALLEN PERISHO V. ED OVERHOLSER, J. W. COMP, AND A. M. GUSTIN, *as the Board of County Commissioners of Oklahoma County, Oklahoma Territory.*

(Filed September 20, 1907.)

(92 Pac. 1135.)

*Original Application for Mandamus.*
Dismissed.

*Grant Stanley,* for plaintiffs.
*Ledru Guthrie,* for defendants.

PER CURIAM: This is an application for a writ of mandamus filed in this court by the plaintiffs on October 8, 1904. No briefs having been filed by either party in this cause, the same is dismissed in accordance with rule 6 of the rules of practice of this court. Costs taxed to the plaintiff.

---

TERRITORY OF OKLAHOMA *ex rel.* P. C. SIMONS, *Attorney General,* v. WILLIAM H. DIVERS, *Mayor of Anadarko, Caddo County, Oklahoma.*

(Filed September 20, 1907.)

(91 Pac. 1134.)

*Original Application for Mandamus.*
Dismissed.

*P. C. Simons, E. E. Grinstead, L. E. McKnight* and *A. T. Boys,* for relator.
*Carl Glitsch, and Rush & Steen,* for respondent.

PER CURIAM: The petition in this case was filed in this court April 1, 1904. No briefs by either party having been filed, in accordance with the rules of this court the case is dismissed, at the costs of the plaintiff.